# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CASANDRA DENOMA,
    Plaintiff,

vs.

HAMILTON COUNTY COURT
OF COMMON PLEAS, et al.,
    Defendants.

Case No. 1:12-cv-831
Litkovitz, M.J.

**ORDER**

The Court having been advised by Magistrate Judge Bowman that this case has been successfully mediated and settled in the Court's presence;

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 1/20/16

Karen L. Litkovitz
United States Magistrate Judge